**KARIN J. IMMERGUT**
Oregon State Bar No. 96314
United States Attorney
District of Oregon
**TIMOTHY W. SIMMONS**
Oregon State Bar No. 92461
e-mail: tim.simmons@usdoj.gov
Assistant United States Attorney
405 E. 8th Ave., Suite 2400
Eugene, Oregon  97401-2708
Telephone: 541-465-6740
Facsimile: 541-465-6917
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil No. 08-689-AA |
| Plaintiff, | **MOTION FOR** |
| v. | **EXTENSION OF TIME** |
| THE UNKNOWN HEIRS, DEVISEES, SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF LLOYD E. GRAY, DECEASED; et al., | |
| Defendants. | |

**Local Rule 7.1 Certification**

None of the party defendants has made an appearance to date.  Therefore, counsel for the United States has not discussed this matter with any of the defendants.

**Motion**

Plaintiff moves to extend the February 3, 2009, ADR Report date ninety (90) days, to May 4, 2009.  Service on Defendant Beneficial Oregon, Inc., was made by personal service of a summons and complaint to Defendant's Registered Agent but no response has been received.

Service on the unknown heirs, devisees, successors in interest and claimants to the Estate of Lloyd E. Gray by publication has not been completed.

All other known defendants in this action have served with a copy of the complaint.

This motion is supported by the Declaration of Janet Sorber, which is being filed herewith.

DATED this 2nd day of February, 2009.

                                                KARIN J. IMMERGUT
                                                United States Attorney
                                                District of Oregon

                                                */s/ Timothy W. Simmons*
                                                TIMOTHY W. SIMMONS
                                                Assistant United States Attorney
                                                 Attorneys for Plaintiff