**KENT S. ROBINSON**
Acting United States Attorney
District of Oregon
**TIMOTHY W. SIMMONS**
Oregon State Bar No. 92461
e-mail: tim.simmons@usdoj.gov
Assistant United States Attorney
405 E. 8th Ave., Suite 2400
Eugene, Oregon   97401-2708
Telephone: 541-465-6740
Facsimile: 541-465-6917
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil No. 08-689-AA |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ENTRY OF** |
| v. | ) | **GENERAL JUDGMENT** |
| | ) | **OF FORECLOSURE** |
| THE UNKNOWN HEIRS, DEVISEES, | ) | |
| SUCCESSORS IN INTEREST AND | ) | |
| CLAIMANTS TO THE ESTATE OF | ) | |
| LLOYD E. GRAY, DECEASED; | ) | |
| CATHERINE CLIFFORD *formerly* | ) | |
| *known as* CATHERINE GRAY *also* | ) | |
| *known as* CATHERINE HERNANDEZ; | ) | |
| PEAK FINANCIAL PARTNERS, INC.; | ) | |
| BENEFICIAL OREGON, INC.; | ) | |
| SALVADOR TREJO HERNANDEZ *also* | ) | |
| *known as* SALVADOR T. HERNANDEZ; | ) | |
| and STATE OF OREGON DEPARTMENT | ) | |
| OF JUSTICE, DIVISION OF CHILD | ) | |
| SUPPORT, | ) | |
| | ) | |
| Defendants. | ) | |

**Local Rule 7.1 Certification**

   None of the party defendants has made an appearance to date.  Therefore, counsel for the

United States has not discussed this matter with any of the Defendants.

**Motion**

The Court having entered a Motion of Default against the unknown heirs, successors in interest and claimants to The Estate of Lloyd E. Gray, deceased, and Defendants Catherine Clifford *formerly known as* Catherine Gray *also known as* Catherine Hernandez; Peak Financial Partners, Inc.; Beneficial Oregon, Inc.; Salvador Trejo Hernandez *also known as* Salvador T. Hernandez; and State of Oregon Department of Justice, Division of Child Support, Plaintiff hereby moves the Court for an Entry of a General Judgment of Foreclosure.

DATED this 10th ay of July, 2009.

KENT S. ROBINSON
District of Oregon

   */s/ Timothy W. Simmons*
TIMOTHY W. SIMMONS
Assistant United States Attorney
 Attorneys for Plaintiff