**DWIGHT C. HOLTON**
**Oregon State Bar No. 09054**
United States Attorney
District of Oregon
**TIM SIMMONS**
Oregon State Bar No. 92461
e-mail: tim.simmons@usdoj.gov
Assistant United States Attorney
405 E. 8th Ave., Suite 2400
Eugene, Oregon   97401-2708
Telephone: 541-465-6740
Facsimile: 541-465-6917
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Civil No. 08-689-AA |
| Plaintiff, | |
| v. | **MOTION TO FILE** |
| | **ORDER OF CONFIRMATION** |
| THE UNKNOWN HEIRS, DEVISEES, SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF LLOYD E. GRAY, Deceased, et al., | |
| Defendants. | |

**LOCAL RULE 7.1 CERTIFICATION**

All defendants failed to answer or otherwise respond and have been defaulted.

////

////

////

////

Page 1 - MOTION TO FILE ORDER OF CONFIRMATION

## MOTION

Plaintiff moves to file an Order of Confirmation of the sale of the real property in the above-entitled action to UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL DEVELOPMENT.  A proposed Order for the Court's consideration is attached.

Dated this 18th day of February, 2010.

                DWIGHT C. HOLTON
                United States Attorney

                */s/ Tim Simmons*
                TIM SIMMONS
                Assistant United States Attorney
                District of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

UNITED STATES OF AMERICA

                              Civil No. 08-689-AA

        Plaintiff,

  v.

                    **ORDER OF CONFIRMATION**

THE UNKNOWN HEIRS, DEVISEES,
SUCCESSORS IN INTEREST AND
CLAIMANTS TO THE ESTATE OF LLOYD E.
GRAY, Deceased, et al.,

        Defendants.

      This application for confirmation of the judicial sale made by the United States Marshal for the District of Oregon of the real property hereinafter described under and by virtue of a special Writ of Execution issued in the above-entitled action on August 11, 2009; and

      It further appearing to the satisfaction of the Court that due and legal notice of the sale of the real property was given as required by law, which property is situated in Klamath County, Oregon, and described as follows:

      Lots 1 and 2, Block 59, Malin, in the County of Klamath, State of Oregon

      It further appearing that on October 29, 2009, all right, title and interest of the defendants in the above-entitled action in and to said real property were sold by the United States Marshal to UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL DEVELOPMENT , pursuant to said special Writ of Execution, for the sum of $89,821.00  (EIGHTY-NINE

Page 1 - ORDER OF CONFIRMATION

THOUSAND EIGHT HUNDRED TWENTY-ONE DOLLARS and NO CENTS) at public auction, that being the highest and best bid therefor at such sale; that the United States Marshal duly made and filed his return of his proceedings under such special Writ of Execution with the Court on October 30, 2009; and that more than ten days have elapsed since said return was filed and no objections or exceptions thereto have been made or filed;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the aforesaid execution sale be, and the same is, hereby in all respects approved and confirmed; and that the United States Marshal has issued a Certificate of Sale of Real Property in favor of UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL DEVELOPMENT, and that RURAL DEVELOPMENT be immediately let into possession of said real property; that purchaser is entitled to such remedies as are available at law to secure possession, including a writ of assistance, if defendant[s, or any of them] or any other party or person shall refuse to surrender possession to the purchaser immediately on the purchaser's demand for possession; and that at the termination of the redemption period, April 27, 2010, the Marshal issue his Deed.

DATED this _____ day of _____ , 2010.

_____
ANN AIKEN
UNITED STATES DISTRICT JUDGE

PRESENTED BY
DWIGHT C. HOLTON
United States Attorney

 /s/ Tim Simmons
TIM SIMMONS
Oregon State Bar No. 92461
e-mail: tim.simmons@usdoj.gov
Assistant United States Attorney
405 E. 8th Ave., Suite 2400
Eugene, Oregon  97401-2708
Telephone: 541-465-6740
Facsimile: 541-465-6917
 Attorneys for Plaintiff

Page 2 - ORDER OF CONFIRMATION